FILED

2013 JUN 3 PM 8 38

JEANNIE PIKE
GARLAND CO. CIRCUIT CLERK

BY

**IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS**
**III DIVISION**

ANGELETE GAUTREAUX                                                     PLAINTIFF

VS.                           CASE NO. CV-13-421

E-Z MART STORES, INC.                                                  DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Angelete Gautreaux, by and through her counsel, The Brad Hendricks Law Firm, and for her Complaint states:

1. The Plaintiff is an individual resident of Garland County, Arkansas.

2. The Defendant, E-Z Mart Stores, Inc., ("E-Z Mart") is a foreign for profit corporation doing business in the State of Arkansas.

3. The events complained of herein occurred in Garland County, Arkansas.

4. This Court has jurisdiction to hear this matter and is the proper venue for this Complaint.

5. On or about May 29, 2012, the Plaintiff was a customer and business invitee at the store owned and operated by the Defendant at 505 Summer Street, Hot Springs, Arkansas.

6. While Plaintiff was shopping, the Plaintiff slipped and fell in soapy water that was left on the floor by employees.

7. As a result of this fall, the Plaintiff sustained serious and permanent personal injuries as set forth herein.

1


DEFENDANT'S EXHIBIT A

8. The Defendant owed the Plaintiff a duty to use ordinary care to maintain the premises in a reasonably safe condition. The Defendant breached that duty in allowing the soapy water to pool on the floor. The Defendant knew or should have known of this unsafe condition and did nothing to correct it.

9. The Defendant's negligence includes, but is not limited to, the following:

   a. Failure to maintain the premises in a reasonably safe condition;

   b. Failure to keep the condition of the premises free from hazards;

   c. Failure to warn the Plaintiff of the unreasonably dangerous condition of the store; and

   d. Otherwise failing to maintain the premises as a reasonable person should under the same or similar circumstances.

10. As a proximate cause of Defendant's negligence and breach of duty of care, the Plaintiff sustained multiple injuries to the head, neck and back, has incurred medical bills and is reasonably likely to incur medical bills in the future, has experienced pain and suffering and is reasonably likely to experience pain and suffering in the future, and has experienced other losses.

11. The Plaintiff's injuries were proximately caused by the negligence of the Defendant.

WHEREFORE, the Plaintiff prays for a judgment against the Defendant to fully compensate her for her damages, to be determined by a jury, and in excess of the minimum amount for diversity of citizenship cases in Federal Court ($75,000.00), and for all just and proper relief.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock AR 72227
(501) 221-0444
(501) 661-0196 (fax)

By: _____
LLOYD W. "TRÉ" KITCHENS, AR Bar 99075

**CT Corporation**

**Service of Process Transmittal**
06/11/2013
CT Log Number 522893988

TO: Sonja Hubbard
E-Z MART STORES INC
602 Falvey Avenue
TEXARKANA, TX 75504-1426

RE: **Process Served in Arkansas**

FOR: E-Z MART STORES, INC. (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Angela Gautreaux, pltf. vs. E-Z Mart Stores, Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Proof of Service, Attachment, Complaint, First set of Interrogatories and Request |
| COURT/AGENCY: | Garland County Circuit Court, AR<br>Case # CV13421 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in a safe condition - On or about May 29,, 2012 plaintiff was a business invitee at the store owned by the defendant located at 505 Summer Street, Hot Springs, Arkansas when plaintiff sustained injuries a result of slipping and falling on soapy water that left on the floor by the employees |
| ON WHOM PROCESS WAS SERVED: | CT Corporation System, Little Rock, AR |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/11/2013 at 12:57 |
| JURISDICTION SERVED: | Arkansas |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service, not counting the day of receipt |
| ATTORNEY(S) / SENDER(S): | Lloyd W. "Tre" Kitchens, III<br>The Brad Hendricks Law Firm<br>500 C Pleasant Valley Dr.<br>Little Rock, AR 72227<br>501-221-0444 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day , 799977029960 |
| SIGNED:<br>PER:<br>ADDRESS: | CT Corporation System<br>Amy McLaren<br>124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736 |
| TELEPHONE: | 800-592-9023 |

Page 1 of 1 / MM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

6-11-13
@12:57p F.F-H

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

**ANGELETE GAUTREAUX**
Plaintiff(s)

vs.                                      No. CV-13-421 III

**E-Z MART STORES, INC.**
Defendant(s)

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

E-Z Mart Stores, Inc.
The Corporation Company, Registered Agent
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lloyd W. "Tre" Kitchens
The Brad Hendricks Law Firm, P.A.
500C Pleasant Valley Drive
Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                      CLERK OF COURT

Jeannie Pike, Circuit Clerk
501 Ouachita Avenue, Room 207
Hot Springs, AR 71901                          [Signature of Clerk or Deputy Clerk]

[SEAL]                                         Date: June 3, 2013

No. _____    This summons is for _____ (name of Defendant).

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

To be completed if service is by a sheriff or deputy sheriff:

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

To be completed if service is by a person other than a sheriff or deputy sheriff:

Date: _____          By: _____
                             [Signature of server]

                             _____
                             [Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

                             _____
                             Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____